# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00004-KDB

| | |
|---|---|
| **RACHEL SOWIN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security**<br><br>**Defendants.** | <u>**ORDER**</u> |

**THIS MATTER** is before the Court on Defendant's Motion to Remand (Doc. No. 19). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

**SO ORDERED**

Signed: November 19, 2021

Kenneth D. Bell
United States District Judge