# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-00004-KDB

| | |
|---|---|
| RACHEL SOWIN,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees under the Social Security Act 42 U.S.C. § 406(b) (Doc. No. 25). Having reviewed the motion and the supporting materials, the Court finds that Plaintiff should be awarded attorney fees in the net amount of $15,299.43, which is less than 25 percent of Plaintiff's past-due benefits. These fees are to be paid from Plaintiff's past-due benefits pursuant to § 406(b). Upon receipt of the § 406(b) fee, Plaintiff's counsel shall pay the Plaintiff the EAJA fee of $3,987.02, which has already been paid.

It is therefore **ORDERED** that the Commissioner pay Plaintiff's counsel, George C. Piemonte, the sum of $15,299.43 and that Plaintiff's counsel pay to Plaintiff the sum of $3,987.02. Upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED.**

Signed: May 20, 2024

Kenneth D. Bell
United States District Judge

1